IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| DORIS CALDWELL | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-04-576 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF SOCIAL SECURITY | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED.**

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this _____29th_____ day of March, 2006.

Samuel B. Kent
United States District Judge